

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-13-00145-CV

**TEXAS MUTUAL INSURANCE COMPANY,**

**Appellant**

 **v.**

**CAROLINE SIMS,**

**Appellee**

_____

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 08-002725-CV-272

_____

## MEMORANDUM OPINION

_____

Appellant has filed a motion to dismiss stating that it no longer wishes to pursue this appeal. *See* TEX. R. APP. P. 42.1(a)(1). It seeks dismissal of this appeal with costs to be assessed against the party incurring them.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed with each party to pay the costs in this behalf expended as they have been incurred.


REX D. DAVIS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed July 17, 2014
[CV06]